UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDUARDO DARINEL MORALES-VELASQUEZ,
a/k/a ROBERTO PEREZ-MARTINEZ,
a/k/a JOEL ENRIQUE RESTO-ROSARIO,

       Defendant.

                                  /

Case No: 1:15-cr-95

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on July 31, 2015 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 15) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

Dated:  August 18, 2015

       /s/Janet T. Neff
       JANET T. NEFF
       United States District Judge